IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES FLINT,

    Petitioner,

vs.       CASE NO. 5:05cv198-SPM/WCS

JOSE BARRON, WARDEN,

    Respondent.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation to Dismiss § 2241 Petition (doc. 8) . Petitioner was furnished a copy and has filed an objection (doc. 9). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

The Magistrate Judge concluded that the petition should be dismissed because Petitioner had not completed the administrative process. This Court agrees that the administrative process is the appropriate forum to address, in the first instance, the safety concerns with placing Petitioner in a CCC for 180 days and any mistakes that may have occurred in the in the initial recommendation of

the placement by Warden Barron[1].

It is important to note that failure to strictly comply with a prison regulation does not necessarily mean that Petitioner's rights under federal law have been violated.  As an agency, the Bureau of Prisons is "entitled to a measure of discretion in administering its own procedural rules[,]" particularly if the rule is intended to facilitate agency operations as opposed to conferring a procedural benefit to Petitioner.  <u>Am. Farm Lines v. Black Ball Freight Serv.</u>, 397 U.S. 532, 538, 90 S.Ct. 1288, 1292 (1970).  Accordingly, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's report and recommendation (doc. 8) is adopted and incorporated by reference into this order.

2. The § 2241 petition (doc. 1) is summarily dismissed for failure to exhaust administrative remedies.

DONE AND ORDERED this 8th day of December, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

---

[1] Although Warden Barron initially approved a 180-day placement, after the CCC raised public safety concerns Warden Barron found that a 60-day placement was appropriate.  See doc. 9, attachment 2.

CASE NO. 5:05cv198-SPM/WCS